UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | WAIVER OF INDICTMENT |
| - v. - | : | |
| | | S1 11 Cr. 666 (LAP) |
| HECTOR XAVIER MONSEGUR,<br>    a/k/a "Sabu,"<br>    a/k/a "Xavier DeLeon,"<br>    a/k/a "Leon, | : | |
| | : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - x

HECTOR XAVIER MONSEGUR, a/k/a "Sabu," a/k/a "Xavier DeLeon," a/k/a "Leon," the defendant, who is accused of violating Title 18, United States Code, Sections 1030(b), 1030(a)(5)(A), 1030(a)(4), 1030(c)(4)(B)(i), 1030(c)(3)(A), 1029(b)(2), 1349, 1028A, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceedings may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        August 15, 2011