AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11 Cr. 666(LAP) |
| Hector Monsegur | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hector Monsegur

Date:   03/15/2012

*Attorney's signature*

Philip L Weinstein
*Printed name and bar number*

Federal Defenders of New York, Inc
52 Duane Street
New York, New yORK 10007\

*Address*

philip_weinstein@fd.org
*E-mail address*

(212) 417-8744
*Telephone number*

(212) 570-0392
*FAX number*