

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2012

**By Fax**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/12
```

Re: **United States v. Hector Xavier Monsegur,**
S1 11 Cr. 666 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter to request a six-month adjournment of the August 22, 2012 sentencing control date set in the above-captioned matter in light of the defendant's ongoing cooperation with the Government. Pursuant to his cooperation agreement, the defendant consents to the requested adjournment.

*The sentencing is adjourned to February 22, 2013 at 10:00 a.m.*

*Loretta A. Preska*
*August 21, 2012*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

cc: Peggy M. Cross, Esq.
Philip L. Weinstein, Esq.
Attorneys for the defendant