

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2013

**By Fax**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-25-13

  Re: **United States v. Hector Xavier Monsegur,**
    S1 11 Cr. 666 (LAP)

Dear Judge Preska:

  The Government respectfully submits this letter to request an adjournment of the sentencing control date in this matter from February 22, 2013 to August 23, 2013 at 10:00 a.m. in light of the defendant's ongoing cooperation with the Government. Pursuant to his cooperation agreement, the defendant consents to the requested adjournment.

SO ORDERED

*Loretta A. Preska*
DISTRICT JUDGE

February 25, 2013

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

cc: Peggy M. Cross, Esq
  Philip L. Weinstein, Esq.
  Attorneys for the defendant