

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2013

**By Fax**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-26-13
```

    Re:  **United States v. Hector Xavier Monsegur,**
          S1 11 Cr. 666 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter, on behalf of both parties, to confirm that the sentencing date in the above-captioned matter has been adjourned to October 25, 2013 at 2:30 p.m. in light of the defendant's ongoing cooperation with the Government.

*So ordered*
*Loretta A. Preska*
*August 23, 2013*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

cc:  Peggy M. Cross, Esq
      Philip L. Weinstein, Esq.
      Attorneys for the defendant

TOTAL P.002