

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 24, 2013

**By Fax**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-25-13

Re: **United States v. Hector Xavier Monsegur,**
S1 11 Cr. 666 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter, on behalf of both parties, to request an adjournment of the October 25, 2013 sentencing date in light of the defendant's ongoing cooperation with the Government. The parties understand that the Court is available on January 13, 2013 at 4:00 p.m., and accordingly respectfully request that sentencing be set for that date and time.

*[signed] Loretta A. Preska*
*UNITED STATES DISTRICT JUDGE*

October 25, 2013

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: *[signed]*
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

cc: Peggy M. Cross, Esq
Philip L. Weinstein, Esq.
Attorneys for the defendant