USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA,     :   12 CR 185 (LAP)
                              :
       v.                     :
                              :
JEREMY HAMMOND                :
                              :
            Defendant.        :
                              :
------------------------------X
------------------------------X
                              :
UNITED STATES OF AMERICA,     :   11 CR 666 (LAP)
                              :
                              :   ORDER
                              :
       v.                     :
                              :
HECTOR MONSEGUR               :
                              :
            Defendant.        :
                              :
------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    On November 14, 2013, the Court ordered the unsealing of Docket No. 8 in the Hammond case [12 CR 185, dkt. no. 61]. Because the same document was also filed under seal in the Monsegur case, the Court hereby orders the unsealing of Docket No. 17 in the Monsegur case.

SO ORDERED:

Dated:   New York, New York
         November 18, 2013

                                              *Loretta A. Preska*
                                         LORETTA A. PRESKA
                                         Chief United States District Judge