

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2014

**By Fax**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-14

Re: <u>United States v. Hector Xavier Monsegur,</u>
S1 11 Cr. 666 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter, on behalf of both parties, to respectfully request that the January 13, 2014 sentencing date be adjourned in order to allow the parties additional time to complete their sentencing submissions. The parties understand that the Court is available for sentencing on <u>April 2, 2014 at 10:00 a.m.</u>, and therefore respectfully request that sentencing be set for that date and time.

So ordered
Loretta A. Preska
USDJ
January 10, 2014

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

cc: Peggy M. Cross, Esq
Philip L. Weinstein, Esq.
Attorneys for the defendant