

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2014

**By Email**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-2-14

Re:   **United States v. Hector Xavier Monsegur,**
       S1 11 Cr. 666 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter to respectfully request that the April 2, 2014 sentencing date be adjourned in order to allow the parties additional time to complete their sentencing submissions. The parties understand that the Court is available for sentencing on May 8, 2014 at 2:00 p.m., and therefore respectfully request that sentencing be set for that date and time. The defendant consents to the requested adjournment.

So ordered
Loretta A Preska,
USDJ
April 1, 2014

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:   /S/
      James J. Pastore, Jr.
      Assistant United States Attorney
      (212) 637-2418

cc:   Peggy M. Cross, Esq
      Philip L. Weinstein, Esq.
      Attorneys for the defendant