

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2014

**By Email**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2220
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-8-14

Re: **United States v. Hector Xavier Monsegur,**
S1 11 Cr. 666 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter to respectfully request that the May 8, 2014 sentencing date be adjourned in order to allow the parties additional time to complete their sentencing submissions. The parties understand that the Court is available for sentencing on May 27, 2014 at 11:00 a.m., and therefore respectfully request that sentencing be set for that date and time. The defendant consents to the requested adjournment.

*[signed] Loretta A. Preska*
May 7, 2014

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____/S/_____
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

cc: Peggy M. Cross, Esq
Philip L. Weinstein, Esq.
Attorneys for the defendant