```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   11 CR 666(LAP)
                                    :
                                    :   ORDER
                                    :
     v.                             :
                                    :
HECTOR MONSEGUR                     :
                                    :
          Defendant.                :
                                    :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

The Court hereby grants the Government's request to file limited portions of its pre-sentencing submission under seal to protect the identities of certain victims. The Court also grants permission for portions of Defendant's submission to be filed under seal to the extent it contains identifying information of victims.

SO ORDERED.

Dated:  New York, New York
        May 23, 2014

*[signature]*
LORETTA A. PRESKA
Chief United States District Judge