USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,   :   11 CR 666 (LAP)
                            :
                            :   ORDER
                            :
    v.                      :
                            :
HECTOR MONSEGUR             :
                            :
            Defendant.      :
                            :
------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

The Court hereby grants Defendant permission to redact portions of his sentencing submission that include victim information or information that could subject Defendant and his family to retaliation. The remainder of the submission shall be filed without redaction.

SO ORDERED.

Dated:  New York, New York
        May 23, 2014

_____
LORETTA A. PRESKA
Chief United States District Judge