# Exhibit B

March 15, 2014

**REDACTED**

H████M████

████████, NY

To Whom It May Concern:

I H████ M██████. Father of Hector X Monsegur Jr. am writing on behalf of my son. He is a wonderful son. He has always helped the family and always been there for me. I am sickly. I have 3 pace makers and an asthmatic. I need my son to take care of me. I gladly appreciate if you can take my health into consideration and please let by son stay free to help me cope with my health. I gladly appreciate your help and consideration to give my son his freedom.

Sincerely yours,

H████ M██

{Signature}