Exhibit C

March 10, 2014

M D
REDACTED
, NY

To Whom It May Concern:

I am writing to you on behalf of my brother to please give him a second chance at life because he is extremely intelligent and I look up to him. If he was to go back to prison it would really hurt me and make my family depressed and go through changes. He is the back bone of our family. He has taught me to be patient and take things one day at a time. He explain to me how precious life is and tells me to appreciate it. Please find it in your heart to give my brother a chance and let him be free.

Sincerely,

M D