# Exhibit D

March 15, 2014

REDACTED

To whom it may concern,

I [redacted] ow [redacted] H. Monsegur for many years. He has been a good friend to me and my three children [redacted], [redacted] and [redacted]. He is such a good person that I even [redacted] He has always been kind and understanding and a friend that you can count on. He is also a very intelligent human being who has given me good advice and help during my college year in [redacted]. Living here in Jacob Riis Affordable Housing has not been easy. He always looked out for my kids and make sure they go to school too. If you have any question or would like me to testify in his behalf please feel free to call me at [redacted]

Sincerely,

[signature redacted]

ID
NYS Drvs Lic
EXP

STATE OF NEW YORK
COUNTY OF NEW YORK
SWORN TO BEFORE ME THIS

Notary Public [redacted] New York
No.
Qualified in [redacted]
Certificate filed [redacted]
Commission Expires