# Exhibit G

## Computing Essintials

This is a **5 HOUR CLASS**

Overview

In a world where information increases exponentially, individuals are expected to develop and use critical-thinking and decision-making skills. Digital tools enhance society's emerging abilities to analyze, synthesize, and evaluate information. The integration of technology systems expands and optimizes their ability to use information and to communicate and collaborate with diverse individuals to expand the knowledge and skills necessary for solving both hypothetical and authentic problems.

In a global world community, individuals are expected to be responsible digital citizens who practice safe, legal, and responsible use of technology systems and digital media. Individuals must comprehend the impact of technology on the culture, social, economic, environmental, and political aspects of society. Positive attitudes toward technology use are essential to support collaboration, learning, and productivity for success in the twenty-first century.

Intro to Computers: 5 weeks

Week 1:

    1. Identify basic parts of various technology systems, naming input and output devices, IE input-keyboard, stylus, output: printer

    2. Identify applications and operations of various technology systems IE: Applications-word processing; operations-opening, closing, and saving files

    3. Discuss various operating systems of technology devices.

Week 2:

    4. Determine basic troubleshooting strategies to correct common hardware and software problems IE: Checking connections, restarting equipment, creating a backup copy of digital data

    5. Explain basic features of word processing, spreadsheets, databases, and presentation software IE word processing: reports, letters; spreadsheets: discovering patterns, tracking data; presentation software: slideshow

Week 3:

6. Identify safe use of technology systems and applications IE: protecting personal info online, avoiding inappropriate sites, exiting inappropriate sites

7. Practice responsible use of technology systems IE: maintaining proper settings

Week 3:

8. Explain responsible and legal use of technology systems and digital content IE: avoiding plagiarism, complying with acceptable-use policies, recognizing secure web sites

Week 4:

9. Describe advances in technology and effects of each on the workplace and society IE agriculture, manufacturing, medicine, warfare, transportation

Week 5:

10. Explain the different uses of digital tools and strategies to locate, collect, organize, evaluate, and synthesize information.

IE: locating-Boolean searches, collecting probeware, organizing spreadsheets, evaluating-determining facts synthesizing-word processing software

COMPLETION REQUIREMENTS:

Attend at least 70% of class

Sign the sign-in sheet

Complete a pre-test

Participate in class discussions

Complete any homework assignments

Pass a final exam with a grade of 70% or better

INTRO TO COMPUTERS PRE/POST TEST

NAME:                   NUMBER:                   DATE:

1) A _____ is usually a powerful personal computer that functions as the primary computer in a network.

A) Laptop  B) Router  C) Server  D) Node

2) A(n) ___ is software that you can use to navigate the world wide web.

A) Browser  B) Explorer  C) Anti-virus  D) surfer

3) A(n) ____ is an example of a magnetic storage device.

A) Flash memory drive  B) CD-Rom  C) Hard disk drive  D) Optical drive

4) This lets you fit more daa onto a magnetic disk.

A) Extraction  B) Defragmentation  C) Compression  D) Reboot

5) To remove data from one document and place it in another, you can use the ____ and ____ commands.

A) Cut and paste  B) Copy and paste  C) File and open  D) Delete and paste

6) In a spreadsheet program, a ___ is a set of worksheets in the same file.

A) Workbench   B) Desktop  C) Workbook  D) Workout

7) A___ is an agreed-upon format for transmitting data between two devices

A) Protopology  B) Protoservice   C) Prototype  D) Protocol

8) When you set up an account with an online merchant, the web site may place one of these on your computer's disk.

A) Catalog   B) Shopping cart  C) Cookie  D) Encryption

9) This technology secures data by converting it into code that is unusable by anyone who does not possess a key to the code.

A) Shopping cart   B) P2P    C) User name    D) Encryption

10) How many USB (Universal Serial Bus devices can you daisy chain to a PC?

A) 16  B) 127  C) 256  D) 1020