# Exhibit H

March 15, 2014

R    D/    REDACTED
NY

To whom it may concern,

I R    D have known    H. Monsegur since High School. He has been a good friend to me. He is a great person and a Brilliant mind. He has always been kind and understanding friend that you can count on. On many occasions he has helped me with school work. He and his family have always helped guide me towards a good life. Always giving me advice on what would be best not only for me but my family as well. He truly motivated me to not only finish high school but to follow my dreams be a good parent and is like family to me and my kids. He is more than just a friend to me he is family. He has never had a negative thing to say has never done me any harm and has always kept a watchful eye out to help keep me safe. It's not every day you find someone that truly knows the meaning of the word Loyalty. Yes he has made mistakes but I truly feel he has paid he debt to society and is a different person now. He is truly a great asset to the human race as a whole. He is loyal, smart, honest, caring the list goes on and on. I know in these circumstances these things may seem as a farce. Yet I don't know a single human being that's made it through their entire life without committing a mistake. In this great country I was born and bred to believe in I also believe in its ideals. People can change, People do commit mistakes but does not necessarily make them bad people. I feel That my friend my brother my kin should be absolved of this. He has done time, come home, stayed out of trouble and is looking to turn his life around. This is not possible from inside a cell. On the mercy of the court I beg of you, please give him another chance. In this great country that was once 13 small little colonies we have come a long way so far that people come from far and wide to wave our flag and be a part of this great

nation. Show the mercy and compassion and the forgiveness that embodies this great nation we call the United States Of America and show the world once again why we are the best country in the world.

Sincerely,

R          Di

ID
NJS DRV LIC
EXP

STATE OF NEW YORK
COUNTY OF NEW YORK
SWORN TO BEFORE ME THIS

Notary Public          ELL          New York
No.
Qualified in ............ County
Certificate filed in New York County
Commission Expires

REDACTED