# Exhibit I

PASTEBIN | #1 paste tool since 2002

PASTEBIN

create new paste    tools    api    archive    real-time    faq

search...

create new paste    trending pastes

sign up    login    my settings    my profile

for chatter
BY                                          | SYNTAX: NONE | SIZE: 0.80 KB | HITS: 266 | EXPIRES: NEVER
DOWNLOAD | RAW | EMBED | REPORT ABUSE

0

0

**Public Pastes**

Untitled
PHP | 3 sec ago

Untitled
3 sec ago

Untitled
5 sec ago

Untitled
mIRC | 17 sec ago

Untitled
8 sec ago

##@@#$ Rangers vs...
17 sec ago

IBF Geale vs Adama...
VisualFoxPro | 28 sec ago

Filefactory Cookie...
9 sec ago

```
 1. For Chatter
 2.
 3.
 4.
 5.
 6.
 7.
 8.
 9.
10.
11.
12.
13. Relatives:
14.
15.
16.
17.
18.
19.
20. Previous Cities:
21.
22.
23.
24.
25.
26. Dad
27.
28.
29.
30.
31.
32.
33. Grand Father
34.
35.
36.
37.
38.
39.
40.
```

**REDACTED**

Upgrading to a Pastebin PRO account unlocks many cool features.

click here to learn more

**RAW Paste Data**

create a new version of this paste

For Chatter

3/5/2012



Pastebin.com Tools & Applications

| Windows | Firefox | Chrome | iOS | WebOS | Android | Mac | Opera | Click.to | UNIX | WinPhone |

create new paste | api | trends | users | faq | tools | domains center | privacy | contact | stats | go pro
Follow us: pastebin on facebook | pastebin on twitter | pastebin in the news
Some friends: hostlogr | tinysubs | urlspy | fileshut
Pastebin v3.1 rendered in: 0.014 seconds

http://pastebin.com/JjKD7QhJ                                          3/5/2012