# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**BY FAX**                                    June 10, 2014

Chief Judge Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-16-14

Re:   US v. Monsegur, 11 Cr. 666 (LAP)

Dear Chief Judge Preska:

I write with the consent of the government to request that the Court permit Mr. Monsegur to be supervised by the United States Probation Office in the Southern District of New York during his one year on supervised release.

As the Court knows from the sentencing proceedings in this matter, Mr. Monsegur has faced and continues to face a danger of retaliation in connection with his cooperation. He and certain family members were relocated during the course of his cooperation and, for his safety and the safety of his family members, information regarding his residence has been protected. The standard condition of supervised release which requires that a person be supervised in the district of residence would have the effect of revealing the district of Mr. Monsegur's current residence. Instead, we respectfully request that the Court order that Mr. Monsegur be supervised in the Southern District of New York. He already has provided information regarding his residence to the probation office in the Southern District of New York. If the Court would like, I can provide this information to the Court as well.

I thank you for your time and attention to this matter.

*So ordered*
*Loretta A. Preska*
*USDJ*
*June 15, 2014*

Respectfully submitted,

/s/

Peggy Cross-Goldenberg
Assistant Federal Defender
212-417-8732

cc:   AUSA James Pastore